SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br><br>Water Ski World, Inc., et al,<br><br><br>　　　　Defendants. | Case No.:  CIV. S-10-01962-FCD-KJM<br><br>REQUEST RE: DISMISSAL OF PATRICK KENNELLY and RHONDA KENNELLY; **ORDER**<br><br><br>Complaint Filed:  JULY 23, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Patrick Kennelly; Rhonda Kennelly) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendants (Patrick Kennelly; Rhonda Kennelly) are dismissed because these Defendants are not proper parties to this action.

Dated: August 31, 2010　　　　　　　　　　/s/Scott N. Johnson_____
　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

   **IT IS SO ORDERED**.

Dated:  September 1, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE