SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Water Ski World, Inc., et al,<br><br>　　　　Defendants | Case No.: CIV.S 10-cv-01962-FCD-KJM<br><br>**REQUEST AND ORDER RE: DISMISSAL WATER SKI WORLD, INC.**<br><br>Complaint Filed: JULY 23, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

　　**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Water Ski World, Inc.) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41

///

///

///

///

///

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
　　　　　　　　　　　　　　　　　　　CIV: S-10-01962-FCD-KJM

1  (a)(2).  This case is to remain open with remaining Defendants.  Defendant (Water Ski World,
2  Inc.) is dismissed because service on this Defendant cannot be achieved.

3
4  Dated: October 25, 2010                    /s/Scott N. Johnson_____
                                              SCOTT N. JOHNSON
5                                             Attorney for Plaintiff

6
7  **IT IS SO ORDERED**.

8
9  Dated:  October 25, 2010

10
                                              _____
11                                            FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              2
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                              CIV: S-10-01962-FCD-KJM